Form G-3 (20230922)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION        DIVISION**

In re:  James E. Stola                                   )    Chapter  13
                                                         )
                                                         )    No. 23- 15532
                                                         )
              Debtor(s)                                  )    Judge  Donald R. Cassling

**NOTICE OF MOTION**

TO:  See attached list

       PLEASE TAKE NOTICE that on December 14, 2023 ,  at  9:30  a.m.  , I will
appear before the Honorable Donald R. Cassling ,, or any judge sitting in that judge's
place, **either** in courtroom  619  of the Everett McKinley Dirksen United States Courthouse ,
                                                       **or** electronically as described below, and
present the motion of Creditor, Ivan Kocic [to/for]
 Relief From Automatic Stay , a copy of which is attached.

       **Important:  Only parties and their counsel may appear for presentment of the
motion electronically using Zoom for Government.  All others must appear in person.**

       **To appear by Zoom using the internet**, go to this link:  https://www.zoomgov.com/.
Then enter the meeting ID and passcode.

       **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252
or 1-646-828-7666.  Then enter the meeting ID and passcode.

       **Meeting ID and passcode.**  The meeting ID for this hearing is  1614147941 ,
and the passcode is  619 . The meeting ID and passcode can also be found on
the judge's page on the court's web site.

       **If you object to this motion** and want it called on the presentment date above, you must
file a Notice of Objection no later than two (2) business days before that date. If a Notice of
Objection is timely filed, the motion will be called on the presentment date.  If no Notice of
Objection is timely filed, the court may grant the motion in advance without calling it.

                                   By: /s/ Lorenzo Valladolid

                                   Goldstein, Fluxgold & Baron, PC
                                   33 N. Dearborn, Suite 950
                                   Chicago, IL 60602
                                   gfblaw@gfblaw.net
                                   312-726-7772

## CERTIFICATE OF SERVICE

I, Lorenzo Valladolid                    , certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on ____December 12, 2023____ , at _5:00pm____ .


/s/ Lorenzo Valladolid
[Signature]