UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES O. STOLA, | ) | Case No. 23-15532 |
| | ) | Chap. 13 |
| Debtor. | ) | Hon. Donald R. Cassling |

### DEBTOR JAMES O. STOLA'S MOTION FOR AUTHORITY TO SELL REAL ESTATE PARCEL, WITH REQUEST FOR SHORTENED NOTICE TO CREDITORS

DEBTOR JAMES O. STOLA, by his attorney Michael J. Greco, Attorney at Law, moves this Court to enter an Order authorizing sale of Debtors' parcel of real estate bearing common address 2633 N. Bosworth Avenue, Chicago, Ill. 60614 ("2633 parcel"), and shortening the time period required for service of the parties. To support this Motion, Debtor states as follows:

1.    Debtor has entered into a Contract to sell the 2633 parcel, Debtor's and Debtor's wife's personal residence, for the sum of $925,000.00. (A copy of the Sale Contract and Title Insurance Commitment is attached to this Motion as Group Exhibit 1 and made a part of this Motion).

2.    The sale is a non-contingent, non-financed "cash" transaction, and Debtor's real estate broker is holding the purchaser's earnest money deposit in the sum of $100,000.00. The sale of Debtor's 2633 parcel and residence is scheduled to close in early February, 2024.

3.    All costs of sale, such as escrow fees, title insurance, and broker's commissions, will be paid in full from the sale proceeds.  The debtor will not relinquish title to or possession of the subject property prior to payment in full of

1

the purchase price.

4. The net proceeds of the sale of the 2633 parcel and residence will be sufficient to afford payment to all creditors of 100% of their claims, plus interest. All creditors with liens and security interests encumbering the subject property will be paid in full before or simultaneously with the transfer of title or possession to the buyer.

5. Debtor and his wife had listed the 2633 parcel with a licensed real estate broker who is not related to Debtor or to his wife. The real estate broker produced the purchaser under the current Sale Contract. The purchase price of the sale contract for the 2633 parcel, $925,000.00, is fairly and reasonably representative of the current market value of the 2633 parcel. Debtor's intent and objective was and remains to maximize the gain to be realized from the sale, and to pay off the entirety of his creditors and administrative expenses incurred in this case.

6. The sale contract is an "arms-length" transaction by every measure.

7. Debtor is seventy-five years old, and his non-debtor spouse is also an older person. Debtor and his spouse need to effect the sale of the 2633 parcel on schedule in order to maintain a reasonable standard of living.

8. Debtor can maintain all proceeds of the sale of the 2633 parcel in a segregated account, maintained by the title insurance company, Fidelity National Title Insurance Company, until such time as all Proof of Claim filing deadlines have elapsed and the claims can be finally determined (May 15, 2024).

9. No creditor and no party will be harmed or prejudiced by granting Debtor authority to sell the 2633 parcel, or by allowing Debtor to serve this Motion on

shortened notice. This case is scheduled for Plan confirmation until February 8, 2024.

10. Delay in obtaining authority to sell the 2633 parcel could imperil Debtor's and his wife's sale of the residence, causing them financial and personal hardship, inasmuch as Debtor and his wife must completely vacate the residence, and move to a new residence, in advance of the sale closing in order to tender possession at closing as called for under the sale contract.

11. As the sale proceeds will yield full payment of all known and anticipated claims and creditors as well as administrative expenses and trustees' fees, there will be no prejudice to any party resulting from shortening the time period for notice to creditors to thirteen (13) days instead of twenty-one days under Bankruptcy Rule 2002(a)(2).

12. Good cause exists to allow Debtor to present this Motion on an emergency basis, and to shorten the notice to creditors period from twenty-one days to thirteen (13) days.

Wherefore, DEBTOR JAMES O. STOLA respectfully requests that this Court enter an Order shortening the time period required for service of the parties to thirteen (13) days, and granting to Debtor authority and an Order authorizing sale of Debtor's interest in a parcel of real estate bearing common address 2633 N. Bosworth Avenue, Chicago, Ill. 60614 pursuant to the Sale Contract attached to this Motion as Group Exhibit 1, together with such further relief as the Court deems just and equitable.

Respectfully submitted,

James O. Stola,

By:_____/S/\_\_\_ Michael J. Greco _____
      Michael J. Greco, Attorney at Law
      Attorney for Debtor James O. Stola

Atty. No. 6201254
Michael J. Greco, Attorney at Law
Attorney for Debtor James O. Stola
175 W. Jackson Blvd., Suite 240
Chicago, Ill. 60604
312 222-0599
Email: Michaelgreco18@yahoo.com