UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 23-15532 |
| JAMES O. STOLA, ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Donald R. Cassling | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER ON DEBTOR JAMES O. STOLA'S AMENDED MOTION FOR AUTHORITY TO SELL REAL ESTATE PARCEL, WITH REQUEST FOR SHORTENED NOTICE TO CREDITORS**

This case coming before the Court on DEBTOR JAMES O. STOLA'S AMENDED MOTION FOR AUTHORITY TO SELL REAL ESTATE PARCEL, WITH REQUEST FOR SHORTENED NOTICE TO CREDITORS, due notice being given and the Court having considered the Motion and any responses,

It Is Ordered That:

1. Debtor's Motion is granted, and the Notice to Creditors period under Bankruptcy Rule 2002(a)(2) is shortened to ten (10) days;

2. Debtor is granted authority to sell his interest in a parcel of real estate bearing common address 2633 N. Bosworth Avenue, Chicago, Ill. 60614, in accordance with the Real Estate Sale Contract appended to the Motion as Exhibit "1" for a purchase price of $925,000.00; and

3. The net sale proceeds payable to Debtor shall be held in escrow by Fidelity National Title Insurance Company pending the Court's entry of an Order directing distribution of the proceeds.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: February 08, 2024

**Prepared by:**

Michael J. Greco, Attorney #6201254
Attorney for Debtor
175 W. Jackson Blvd., Suite 240
Chicago, Ill. 60604
312 222-0599
Email michaelgreco18@yahoo.com