# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  JAMES O STOLA | ) | Case No. 23 B 15532 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for March 21, 2024 10:00 am, for the following:

This instant case has been selected for audit by the United States Trustee. The Chapter 13 Trustee objects to confirmation until such time as the audit findings have been docketed to ensure the case was filed in good faith.

Debtor has failed to file a proper plan as required by Section 1325(a)(1) by failing to properly fill out: remove provisions in Part #5.2 or explain why payments to IRS should not be included in either Part #3.2 or Part #4.4.

The plan is not sufficiently funded to pay all claims for which it provides as well as any required distribution to allowed general unsecured claims as required by 11 U.S.C. § 1325(a)(1). While the plan is proposed at 60 months, the Trustee estimates that, at the current proposed monthly payment, the plan would take 69 months to complete; higher than provided for general unsecured claims, under estimated trustee fees and uncertain obligation to IRS based on plan provisions in Part #3.2, Part #4.4 and Part #5.2.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: February 14, 2024

/s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  JAMES O STOLA | ) | Case No. 23 B 15532 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

## CERTIFICATE OF SERVICE

I, Emily Baez, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

MICHAEL J GRECO                                                         (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                                                    (via CM/ECF)
United States Trustee

JAMES O STOLA                                                              (via U.S. Postal Service)
2633 N BOSWORTH AVE
CHICAGO, IL 60614
*Debtor*

Dated: February 14, 2024                                                  /s/ Emily Baez
                                                                                        _____

Emily Baez
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900