UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES O. STOLA, | ) | No. 23 BK-15532 |
|     Debtor, | ) | |
| | ) | Hon. Donald P. Cassling |
| | ) | |
| | ) | Ch. 13 |

### DEBTOR'S MOTION TO APPROVE SETTLEMENT AND SECTION 1329 MOTION TO MODIFY CHAPTER 13 PLAN AS TO TREATMENT OF CREDITOR IVAN KOCIC

DEBTOR JAMES O. STOLA moves this Court to enter an Order approving His settlement of the claim of Creditor Ivan Kocic resolving Ivan Kocic' unliquidated claim against Debtor pending in the Circuit Court of Cook County, Case No. 18L 410, granting him leave pursuant to 11 U.S.C. Section 1329 to Modify Chapter 13 Plan after confirmation as to treatment of Creditor Ivan Kocic. To support this Motion, Debtor states as follows:

1. Debtor's Chapter 13 Plan was confirmed on June 13, 2024.
2. Debtor and Creditor Ivan Kocic ("Kocic") have agreed to terms resolving Ivan Kocic' unliquidated claim against Debtor, pending in the Circuit Court of Cook County, Case No. 18L 410 (herein referred to sometimes as "Kocic lawsuit" or "Kocic claim"). The proposed resolution contemplates payment by Debtor to Kocic of the grand sum of $19,000.00, in full settlement, satisfaction and discharge all claims comprising the Kocic lawsuit.
3. Debtor submits that the proposed resolution and settlement of the Kocic

1

lawsuit is fair and reasonable based upon the issues in that lawsuit and potential risk. Accordingly, Debtor requests and moves that the Court approve the settlement of the Kocic lawsuit based upon Debtor's payment of the sum of $19,000.00 to Kocic in full satisfaction of all claims of Kocic against Debtor and his law firm.

4. Debtor additionally wishes, upon Court approval of the Kocic lawsuit settlement as requested herein, to convert his position as to Kocic' claim from "Contested" to "Liquidated," in the amount of $19,000.00.

5. Upon approval of the settlement by this Court, if rendered, Debtor will filed the an amended Chapter 13 Plan providing for payment by the Trustee to Creditor Kocic of the approved settlement sum.

6. Debtor submits that good cause exists to grant leave to him to file the Amended Chapter 13 Plan, if the Court approves the proposed settlement of the Kocic lawsuit. Allowing modification of the Plan as described will not prejudice any creditors or extend the payment period beyond the allotted period of the Plan.

WHEREFORE, DEBTOR JAMES O. STOLA respectfully requests that this Court enter an Order approving the proposed settlement of the the claim of Creditor Ivan Kocic resolving Ivan Kocic' unliquidated claim against Debtor pending in the Circuit Court of Cook County, Case No. 18L 410, Ivan Kocic v. James O. Stola, et al., and granting him leave pursuant to 11 U.S.C. Section 1329 to Modify Chapter 13 Plan after confirmation to allow for payment by the Chapter 13 Trustee to

2

Creditor Ivan Kocic of the settlement sum, if approved by the Court, together with such further relief as the Court deems just.

        Respectfully submitted,

        JAMES O. STOLA,

        By:_____/S/___Michael J. Greco_____
            Michael J. Greco, Attorney at Law
            Attorney for Debtor

Michael J. Greco, Attorney at Law
Attorney for Debtor
175 W. Jackson Blvd, Suite 240
Chicago, Ill. 60604
312 222-0599
Illinois Attorney No. 6201254
Email: MichaelGreco18@yahoo.com

**CERTIFICATE OF SERVICE**

Michael J. Greco, Attorney at Law, certifies that he served a copy of the foregoing document through the Court's electronic filing system on 6/20/24 before 11:59pm to:

Ben Kahn, Staff Atty., Thomas Hooper, Chapter 13 Trustee, mwheeler@chicagoch13.com

Lorenzo Valladolid, Atty.,  lvalladolid@gfblaw.net; gfblaw@gfblaw.net

Patrick Layng, U.S. Trustee, USTPRegion11.ES.ECF@usdoj.gov


By:_____/S/_Michael J. Greco_____
Michael J. Greco, Attorney at Law


Michael J. Greco, Attorney at Law
Attorney for Debtor JAMES O. STOLA
175 W. Jackson Blvd, Suite 240
Chicago, Ill. 60604
312 222-0599
Illinois Attorney No. 6201254
Email: MichaelGreco18@yahoo.com